IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN SLACK,

    Plaintiff,

v.

DOLGENCORP, INC., DOLLAR
GENERAL PARTNERS, DOLGENCORP
OF NEW YORK, INC., and DOLGENCORP
OF TEXAS, INC.,

    Defendants.               Case No. 10-CV-321-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 20, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT


                BY:     /s/*Sandy Pannier*
                            **Deputy Clerk**

Dated: July 20, 2011

              David R. Herndon
              2011.07.20 10:52:56 -05'00'

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT